# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**REGINA DEIPARINE
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF ROLANDO B.
DEIPARINE, M.D., DECEASED,**

                **Plaintiff,**

**-vs-**                                          **Case No.  6:10-cv-677-Orl-28GJK**

**SIEMENS MEDICAL SOLUTIONS USA,
INC.,  COVIDIEN, INC.,
MALLINCKRODT, INC.,  LIEBEL-
FLARSHEIM CO.,  TYCO HEALTHCARE
GROUP, LP.**

                **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Leave to Amend to Seek a Claim for Punitive Damages (Doc. No. 34) filed September 7, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 2, 2010 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Leave to Amend to Seek a Claim for Punitive Damages (Doc. No. 34) is **GRANTED**.

3. Plaintiff shall file her First Amended Complaint as a separate docket entry no later than January 3, 2011.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___3rd___ day of January, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge